B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT<br>**Central District of California** | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**A.R.C. FASTENER SUPPLY, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**ARC Fastener Supply & Manufacturing** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**95-4613225** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**8715 Boston Place<br>Rancho Cucamonga, California**<br>ZIP CODE **91730** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**San Bernardino** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**Same**<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**Same**<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br><br>_____ | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7   ☐ Chapter 15 Petition for<br>☐ Chapter 9     Recognition of a Foreign<br>☑ Chapter 11    Main Proceeding<br>☐ Chapter 12   ☐ Chapter 15 Petition for<br>☐ Chapter 13    Recognition of a Foreign<br>               Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br><br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (4/10)                                                                                    Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>**A.R.C. FASTENER SUPPLY, INC.** |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: N/A - None. | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: **Central District of California** | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐  Exhibit A is attached and made a part of this petition. | X _____<br>     Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☑  Yes, and Exhibit C is attached and made a part of this petition.

☐  No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form) 1 (4/10)                                                                                      Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s)<br>A.R.C. FASTENER SUPPLY, INC. |
|---|---|

| **Signatures** | |
|---|---|

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|

X /s/ Vincent A. Gorski
_____
Signature of Attorney for Debtor(s)
Vincent A. Gorski, Esq.
Printed Name of Attorney for Debtor(s)
THE GORSKI FIRM, APC
Firm Name
4900 California Avenue; #B-210
Bakersfield, California 93309
Address
661-952-9743
Telephone Number
07/26/2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Joseph M. Myers
_____
Signature of Authorized Individual
Joseph M. Myers
Printed Name of Authorized Individual
President
Title of Authorized Individual
07/26/2011
Date

_____
Address

X _____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# A.R.C. FASTENER SUPPLY, INC.

## WRITTEN CONSENT OF DIRECTOR

### JULY 25, 2011

THE UNDERSIGNED BEING THE SOLE DIRECTOR OF A.R.C. FASTENER
SUPPLY, INC. HEREBY CONSENTS AND AGREES TO THE ADOPTION OF
THE FOLLOWING RESOLUTION:

RESOLVED, THAT THE CORPORATION FILE CHAPTER 11
BANKRUPCY.

THIS CONSENT IS MADE PURSUANT TO SECTION 307(B) OF THE
CALIFORNIA CORPORATION'S CODE, AND SECTION 12 OF THE ARTICLE
II OF THE BYLAWS OF THIS CORPORATION, AND SHALL HAVE THE
SAME FORCE AND EFFECT AS A UNANIMOUS VOTE BY THE DIRECTOR
AT A CALLED MEETING.

DATE 07/25/2011

JOSEPH M. MYERS
TIN: 95-4613225

B 1C (Official Form 1, Exhibit C) (9/01)

*[If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.]*

# UNITED STATES BANKRUPTCY COURT

## Central District of California

| | | |
|---|---|---|
| In re    A.R.C. FASTENER SUPPLY, INC.                    ,    ) | Case No. _____ |
| Debtor    ) | |
| ) | |
| ) | Chapter    11    _____ |

## EXHIBIT "C" TO VOLUNTARY PETITION

1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

   8715 Boston Place
   Rancho Cucamonga, California 91730

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

   Manufacturing facility, utilizing materials alleged to cause certain ailments to the human body.

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

### Central District of California

In re __A.R.C. FASTENER SUPPLY, INC.__ ,
            Debtor

Case No. _____

Chapter _11_____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

SEE ATTACHMENT "A"

Date: __07/26/2011__

Debtor

*[Declaration as in Form 2]*

In re: A.R.C. FASTENER SUPPLY, INC. (CH 11)
Attachment "A"

| 1) | 2) | 3) | 4) | 5) |
|---|---|---|---|---|
| ONEWEST BANK<br>401 WILSHIRE BLVD<br>Santa Monica CA 90401 | 310.309.5315 | Loan | - | $3,585,920.99 |
| Internal Revenue Service<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | - | Federal Taxes | - | $125,000.00 |
| SBC Tax Collector<br>172 W. Third Street<br>First Floor<br>San Bernardino, California 92415-0360 | 909-387-8308 | Taxes | - | $73,854.45 |
| PANTHER T&H INDUSTRY<br>CO.,LTD.Floor 11-4 No. 186,2 SEC<br>Dong Shin Road, Tawain | 886424731513 | Trade Debt | - | $60,000.00 |
| Shin Jaan Works, Co. Ltd<br>No 119, Ming-Jun Road<br>Pei-Ling,LU-CHU<br>Taiwan, R.O.C. | 07.697-2191 | Trade Debt | - | $55,023.94 |
| Heads & Threads International<br>23215 Network Place<br>Chicago, IL 60673-1232 | 800-268-4804 | Trade Debt | - | $43,367.85 |
| Ideal Fasteners<br>3850 E. Miraloma<br>Anaheim, California 92806 | 714-630-7840 | Trade Debt | - | $37,848.00 |
| Porteous Fasteners Co.<br>PO BOX 31001-0838<br>Pasadena, CA 91110 | 800-935-9102 | Trade Debt | - | $34,829.71 |
| VersaFab<br>15919 Broadway<br>Gardena, CA 90248 | 800-421-1822 | Trade Debt | - | $34,200.00 |
| Scovil Fasteners, Inc.<br>PO BOX 409312<br>Atlanta, GA 30384-9312 | 800-232-2346 | Trade Debt | - | $29,035.30 |
| Metric Threaded Products<br>14704 South Radburn Ave.<br>Sante Fe Springs, CA 90670 | 562-404-0565 | Trade Debt | - | $16,972.90 |
| Edmund A Gray Company<br>2277 East Fifteenth Street<br>Los Angeles, CA 90021-2841 | 213-625-2723 | Trade Debt | - | $16,423.99 |

| | | | | |
|---|---|---|---|---|
| ZHUCHENG LONGQUIANG<br>FASTENER CO LTD<br>ZHUCHENG SHANGDOING | 8.65366E+11 | Trade Debt | - | $16,090.50 |
| STAR STAINLESS<br>PO BOX 48043<br>NEWARK, NJ 07101 | 800-421-6407 | Trade Debt | - | $14,064.22 |
| STAFAST PRODUCTS, INC<br>PO BOX 715516<br>COLUMBUS, OH 432715516 | 440-357-5546 | Trade Debt | - | $12,410.80 |
| Employment Development Department<br>Bankruptcy Special Procedures Group<br>PO BOX 826880 MIC 92E<br>Sacramento, CA 94280-0001 | | Taxes | - | $11,887.18 |
| Toyota Motor Credit Corporation<br>Commercial Finance<br>PO BOX 2431<br>Carol Stream, IL 60132 | 800-541-2315 | Trade Debt | - | $10,713.02 |
| Amerasia Line, INC<br>1971 W. 190th Street #260<br>Torrance, CA 90504 | 310-878-6444 | Trade Debt | - | $10,682.89 |
| A&S CUT OFF CENTER<br>7361 Ethel Avenue, #5<br>North Hollywood, CA 91605 | 818-503-9550 | Trade Debt | - | $10,251.20 |
| N.D. Industries<br>1000 N. Crooks Road<br>Clawson, MI 48017 | 800-326-8663 | Trade Debt | - | $10,144.48 |

| Party Name, Address and Telephone Number  *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| Vincent A. Gorski, Esq. (SBN: 263487)<br>THE GORSKI FIRM, APC<br>4900 California Avenue; #B-210<br>Bakersfield, California 93309<br>Tel. (661) 952-9743<br>Fax. (661) 952-9741 | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:<br><br>A.R.C. FASTENER SUPPLY, INC.<br><br>Debtor. | CHAPTER 11<br><br>CASE NUMBER<br><br>(No Hearing Required) |

## VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
### (Required by General Order 97-02)

*Attach additional sheets as necessary and indicate so in each section*

1. Specify the address of the principal office of the Debtor currently on file with the California Secretary of State (*from Form S0100, S0200, or S0300*):

   8715 Boston Place; Rancho Cucamonga, California 91730

2. Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:

   8715 Boston Place; Rancho Cucamonga, California 91730

3. Disclose the current business address(es) for all corporate officers:

   8715 Boston Place; Rancho Cucamonga, California 91730

4. Disclose the current business address(es) where the Debtor's books and records are located:

   8715 Boston Place; Rancho Cucamonga, California 91730

Venue Disclosure Form for Corporations Filing Chapter 11  - Page Two (2)    **VEN-C**

| In re | CHAPTER 11 |
|---|---|
| A.R.C. FASTENER SUPPLY, INC.              Debtor. | CASE NUMBER |

5.    List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

8715 Boston Place; Rancho Cucamonga, California 91730

6.    Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

7.    State the name and address of the officer signing this Statement and the relationship of such person to the Debtor (specify): Joseph M. Myers

8715 Boston Place; Rancho Cucamonga, California 91730

8.    Total number of attached pages of supporting documentation:  0

9.    I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the 26th day of July , 20 11 , at Rancho Cucamonga , California.

Joseph M. Myers
*Type Name of Officer*

President
*Position or Title of Officer*

Signature of Declarant

REV. 12/99 This form is required pursuant to General Order 97-02. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **VEN-C**

Verification of Creditor Mailing List - (Rev. 10/05)                    2005 USBC, Central District of California

## MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name      **Vincent A. Gorski 263487**

Address   **4900 California Avenue Tower B, Suite 210 Bakersfield, CA 93309**

Telephone **661-952-9743 Fax: 661-952-9741**

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years: **ARC Fastener Supply and Manufacturing** | Case No.: |
| | Chapter:        **7** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __15__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:   __July 26, 2011__                    **/s/ Joseph M. Myers**
                                             **Joseph M. Myers/President/Director**
                                             Signer/Title

Date:   __July 26, 2011__                    **/s/ Vincent A. Gorski**
                                             Signature of Attorney
                                             **Vincent A. Gorski 263487**
                                             **THE GORSKI FIRM, APC**
                                             **4900 California Avenue**
                                             **Tower B, Suite 210**
                                             **Bakersfield, CA 93309**
                                             **661-952-9743   Fax: 661-952-9741**

ARC Fastener Supply and Manufacturing
8715 Boston Place
Rancho Cucamonga, CA 91730


Vincent A. Gorski
THE GORSKI FIRM, APC
4900 California Avenue
Tower B, Suite 210
Bakersfield, CA 93309


76 CARD
PO BOX 689058
DES MOINES, IA 50368-9058


A&S CUT OFF CENTER
7361 ETHEL AVE. UNIT 5
NORTH HOLLYWOOD, CA 91605


ABCO SCALES CO. INC.
1838 LAKE PLACE
ONTARIO, CA 91761


ACCURATE MACHINERY CO.
6641 SAN FERNANDO ROAD
GLENDALE, CA 91201


ACTIVANT SOLUTIONS, INC
PO BOX 671069
DALLAS, TX 75267-1069


ADT SECURITY SERVICES
P. O. BOX 371956
PITTSBURG, PA 15250

AIRGAS WEST
P.O. BOX 7423
PASADENA, CA 91109-7423


ALFRED MANUFACTURING
PO BOX 676117
DALLAS, TX 75267-6117


ALLSTAR FASTENERS,INC.
1550 ARTHUR AVE.
ELKGROVE VILLAG, IL 60007


ALPHA FASTENERS CORP
154 E MERRICK ROAD
FREEPORT, NY 11520


AMERASIA LINE, INC.
1971 W 190TH STREET #260
TORRANCE, CA 90504


AMERICAN COLD-HEADED PRODUCTS
P.O.BOX 86
CORTLAND, IL 60112


AMERICAN EXPRESS - PLUM CARD
BOX 0001
LOS ANGELES, CA 90096-8000


ARROW INDUSTRIES
465 N.BERRY STREET
BREA, CA 92821

ASTRON INC.
21 LOMAR PARK DRIVE
PEPPERELL, MA 01463


BATCHING SYSTEMS INC.
50 JIBSAIL DRIVE
PRINCEFREDERICK, MD 20678


BGE
18920 VISTA DE MONTANAS
MURRIETA, CA 92562


BINDER METAL PRODUCTS
14909 S. BROADWAY
BOX 2306
GARDENA, CA 90247


BRIGHTON BEST INTERNATIONAL
5855 OBISPO AVE.
LONG BEACH, CA 90805


BROCK METALS,INC.
617 AVENIDA ACAPULCO
SAN CLEMENTE, CA 92672


CHARMAN MANUFACTURING
5681 SO.DOWNEY ROAD
VERNON, CA 90058


COMM-AIR SCREW MACHINE
11352 EL DORADO AVE
SAN FERNANDO, CA 91340

DAYLIGHT TRANSPORT
1501 HUGHES WAY
SUITE 200
LONG BEACH, CA 90810


DYNA ENGINEERING LTD.   #2
930 TUPPER AVE.
COQUITLAM BC V3K1A5


EDD/PAYROLL TAXES
P.O. BOX 826276
SACRAMENTO, CA 94230-6276


EDMUND A GRAY COMPANY
2277 EAST FIFTEENTH ST.
LOS ANGELES, CA 90021-2841


EQUIPMENT DIRECT
PO BOX 670
YORBA LINDA, CA 92885


FEDEX
PO BOX 7221
PASADENA, CA 91109-7321


FIBRE MATERIALS CORP.
40 DUPONT STREET
PLAINVIEW, NY 11803


FOREMOST THREADED PRODUCTS
9843 6TH ST.UNIT#106
RANCHO CUCAMONG, CA 91730

FRONTIER METAL STAMPING
3764 PURITAN WAY
FREDERICK, CO 80516


GE CAPITAL SMALL BUSINESS FINANCE
PO BOX 953380
ST LOUIS, MO 63195-3380


GLOBAL METALS
2004 TANDEM WAY
NORCO, CA 92860


GRAINGER   BR440
DEPT 821049111
PALATINE, IL 60038-0001


GREATLAND SALES GROUP
1400 N JEFFERSON STREET
ANAHEIM, CA 92807


H.W. ECKHARDT CORP
P.O. BOX 3747
HUNTINGTONBEACH, CA 92605


HEADS & THREADS INTERNATIONAL
23215 NETWORK PLACE
CHICAGO IL 606731232
VICKY


HI-Q FASTENERS
12020 WOODRUFF AVE. #E
DOWNEY, CA 90241

HILTI
5400 S.122nd.E.AVE
TULSA, OK 74146


HOSE-MAN, INC.
3050 INLAND EMPIRE BLVD.
ONTARIO, CA 91764


I.G. MARSTON CO.
MEAR ROAD
P.O. BOX 432
HOLBROOK, MA 02343


IDEAL FASTENERS
3850 E. MIRALOMA
ANAHEIM, CA 92806


INLAND PAPER COMPANY
P. O. BOX 3940
ONTARIO, CA 91761


Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19101-7346


KANEBRIDGE CORPORATION
153 BAUER DR
OAKLAND, NJ 07436


KELKO PRODUCTS CO
P.O. BOX 1018
SANDUSKY, OH 44870

KELLOGG & ANDELSON ACCOUNTANCY
21700 OXNARD STREET
SUITE 900
WOODLAND HILLS, CA 91367


L & M JANITORIAL SERVICES
8861 MESA OAK DRIVE
RIVERSIDE, CA 92508


LEE JOHNSON SALES
6714 CLEAR SPRINGS RD.
SIMI VALLEY, CA 93063


LEE'S TOOLS
1924 NO.LONG BEACHY BLVD.
COMPTON, CA 90221


LTI FLEXIBLE PROD. INC
21801 INDUSTRIAL BLVD.
ROGERS, MN 55374


METALCO STEEL & SUPPLY
P. O. BOX 2936
ROLLING HILLS, CA 90274


METRIC THREADED PRODUCTS
14704 SOUTH RADBURN AVE.
SANTE FE SPRING, CA 90670


MICRO PLASTICS, INC
P. O. BOX 149
FLIPPIN, AR 72634

MR. HOSE INC.
700 S. ROCHESTER #C
ONTARIO, CA 91761


MR. WASHERMAN DEL SMITH MFG
1432 CHICO AVE S.
EL MONTE, CA 91733


MSC INDUSTRIAL SUPPLY
DEPARTMENT CH0075
PALAPINE, IL 60055


N.D. INDUSTRIES
1000 N. CROOKS ROAD
CLAWSON, MI 48017


NBS CORP.
3100 E. SLAUSON AVENUE
VERNON, CA 90058


NETCOMM INC.
21356 NORDHOFF STREET
CHATSWORTH, CA 91311


Onewest Bank
401 Wilshire Blvd
Santa Monica, CA 90401


PACIFIC COAST PROPANE LLC
539 WEST MAIN STREET
ONTARIO, CA 91762

PACIFIC TOLL PROCESSING,INC.
24724 S.WILMINGTON AVE.
CARSON, CA 90745


PACIFIC WAREHOUSE SALES
15368 EL PRADO ROAD
CHINO, CA 91710


PANTHER T&H INDUSTRY CO.,LTD.
FLOOR 11-4 NO.186,2 SEC.
DONG SHIN ROAD, Twaian MAVIS/HELEN


PATTON SALES CORP.
P.O. BOX 273
ONTARIO, CA 91762


PEARL ABRASIVE CO.
PO BOX 69
TUCKER, GA 30085-0069


PENTRATE METAL PROCESSING
3517 EAST OLYMPIC BLVD.
LOS ANGELES, CA 90023


PHOENIX FORGE CAPITAL MFG CO
PO BOX 64180-06
BALTIMORE, MD 21264-4180


PITNEY BOWES
PO BOX 371887
PITTSBURGH, PA 15250-7887

PORTEOUS FASTENERS CO.
P.O. BOX 31001-0838
PASADENA, CA 91110


PRESS TEK INC. AKA AB DICK
3727 SOLUTIONS CENTER
CHICAGO, IL 60677-3007


PRINTER'S PARTS OF LA
420 ROLYN PLACE SUITE A
ARCADIA, CA 91007


PRS INDUSTRIES
PO BOX 700
LA VERNE, CA 91750


R.G.F.ENTERPRISES, INC.
220 CITATION CIRCLE
CORONA, CA 92880


RANCHO DISPOSAL SERVICES
9820 CHERRY AVE.
FONTANA, CA 92335


RED & WHITE VALVE CORP.
20600 REGENCY LANE
LAKE FOREST, CA 92630


RUMCO,INC.
231276 MOMENTUM PLACE
CHICAGO, IL 60689-5311

SAUNDERS
975 N. TODD AVENUE
AZUSA, CA 91702


SAV-ON PLATING CO
19 W WATKINS ST
PHOENIX, AZ 85003


SBC Tax Collector
172 W. Third Street
South Williamson, KY 41503


SBC TAX COLLECTOR
172 W. THIRD STREET
1ST FLOOR
SAN BERNARDINO, CA 92415-0360


SC FUELS
P.O. BOX 14014
ORANGE, CA 92863-4014


SCOVILL FASTENERS INC.
P. O. BOX 409312
ATLANTA, GA 30384-9312


SHIN JAAN WORKS CO,LTD. NO 119,MING-JUN
PEI-LING,LU-CHU
TAIWAN,R.O.C. SAM


SIMS WELDING SUPPLY CO. INC.
2445 SOUTH STREET
LONG BEACH, CA 90805

SMITH COOPER
PO BOX #51057
LOS ANGELES, CA 90051-5357


SOUTHWEST MATERIAL HANDLING
P.O. BOX 1070
MIRA LOMA, CA 91752


SPC THREADED
2617 W.BLUE MOUND RD.#980
HASLET, TX 76052


SPECIALTY SPRAY SERVICE
9449 RICHMOND PLACE
RANCHO CUCAMONG, CA 91730


STAFAST PRODUCTS,INC
P.O. BOX 715516
COLUMBUS, OH 43271-5516


STAFAST WEST
P.O. BOX 931978
12420 CLARK ST.
CLEVELAND, OH 44193


STAPLES BUSINESS ADVANTAGE
DEPT LA 1368
PO BOX 83689
CHICAGO, IL 60696-3689


STAR STAINLESS
P.O. BOX 48043
NEWARK, NJ 07101

STATE BOARD OF EQUALIZATION
P O BOX 942879
SACRAMENTO, CA 94279-7072


STUART A KATZ, ESQ
20281 SW BIRCH ST
SUITE 1000
NEWPORT BEACH, CA 92660


TAMPER PRUF
8808 SUMERSET BLVD.
PARAMOUNT, CA 90723


TELEPACIFIC COMMUNICATIONS
PO BOX 526015
SACRAMENTO, CA 95852-6015


TERMINAL SPECIALTY
2570 JASON CT.
OCEANSIDE, CA 92056


TOYOTA MOTOR CREDIT CORP.
COMMERCIAL FINANCE
P.O. BOX 2431
CAROL STREAM, IL 60132


TUTTLE MFG CO.
P.O. BOX 590
BARRINGTON, IL 60011


UL DQS INC.
1130 WEST LAKE COOK RD
SUITE 340
BUFFALO GROVE, IL 60089

VEGA INDUSTRIES
11933 6TH ST
RANCHO CUCAMONG, CA 91730

VERIZON WIRELESS
PO BOX 660108
DALLAS, TX 75266-0108

VERSAFAB
15919 BROADWAY
GARDENA, CA 90248

VERTEX DISTRIBUTION-ZELENDA
NW 5943
PO BOX 1450
MINNEAPOLIS, MN 55485-5943

VOLT INDUSTRIAL PLASTICS
700 HIGHWAY 202 WEST
YELLVILLE, AR 72687

W & E SALES
370 ELIZABETH AVE.
NEWORK, NJ 07112

WARD MANUFACTURING
LOCK BOX W502071
P.O.BOX 7777
PHILADELPHIA, PA 19175

WEST COAST LOCK WASHER
P. O. BOX 3588
INDUSTRY, CA 91744-0588

WESTERN SUMMIT MFG. CO
13290 DAUM DRIVE
CITY OF INDUSTR, CA 91746


WESTESCO,WESTERN TIRE EQUIPMENT AND SUPP
14802 YORBA COURT
CHINO, CA 91710


ZHUCHENG LONGQIANG FASTENER CO  LTD.
ZHUCHENG SHANDONG Twaian